AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| R. Alexander Acosta, Secretary of Labor, United States Department of Labor <br><br> *Plaintiff(s)* <br> v. <br> Trans Express, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:19-cv-1423 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Trans Express, Inc.
(c/o Rachel Cowen, Esq.)
150 Conover Street
Brooklyn, New York 11231


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey S. Rogoff, U.S. Department of Labor, Office of the Solicitor
201 Varick Street, Room 983, New York, NY 10014
By: Molly K. Biklen


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  3/12/2019

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*